UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID DE MILHAU,

                            Plaintiff,

            - against -                    **ORDER**

BANK OF NEW YORK MELLON            20 Civ. 11062 (ER)
CORPORATION,

                         Defendant.

Ramos, D.J.:

       On May 13, 2021, upon the consent of the Parties, the Court entered a stay of this case until **August 13, 2021**. Parties are directed to submit a status report by August 13, 2021, informing the Court about any resolution of this case. In the alternative, Parties shall submit a proposed briefing schedule for Defendant's motion to dismiss on that date.

       Accordingly, the Clerk is respectfully directed to stay the case.

       SO ORDERED.

Dated:    May 13, 2021
           New York, New York

                                                                    Edgardo Ramos, U.S.D.J.